**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROCHELLE DANIEL,

    Plaintiffs,

v.                                      Case No. 12-12851

WEST ASSET MANAGEMENT, INC.,

    Defendant.

                                                  /

**ORDER DIRECTING PLAINTIFF TO COMPLY**
**WITH THE COURT'S "SCHEDULING ORDER (JURY)"**

On November 23, 2013, the court issued a "Scheduling Order (Jury)," (Dkt. # 30), in this matter. Plaintiff was "ORDERED to convene a meeting (*see* Fed. R. Civ. P.51) at which Plaintiff and Defendant's counsel [were] ORDERED to confer prior to trial to discuss the indispensable 'core' jury instructions." (Pg ID 338.) Plaintiff was also "ORDERED to submit the *stipulated* proposed jury instructions no later than November 7, 2013" modeled on the example the court provided. (*Id* (emphasis added).) Finally, in the event that the parties were unable to fully agree, Plaintiff was "ORDERED to so inform the court in writing by the deadline for the filing of the instructions." (*Id.*) Plaintiff did not comply with any of these orders; she did not convene a meeting with Defense counsel, she submitted her own (not stipulated) jury instructions in a pattern that was not modeled on the court's sample, and if there was disagreement between the parties, she did not so inform the court. Accordingly,

IT IS ORDERED that Plaintiff comply with the court's "Scheduling Order (Jury),"

[Dkt. # 30] by **November 11, 2013 at 12 p.m.**

      s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 8, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 8, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522