UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCHELLE DANIEL,

    Plaintiffs,

v.                                             Case No. 12-12851

WEST ASSET MANAGEMENT, INC.,

    Defendant.

                                          /

**ORDER OF DISMISSAL**

On November 15, 2013, the parties appeared for a telephonic status conference on the record. They informed the court that they reached a settlement, stated the terms of their agreement on the record, and committed to each other and to the court to execute a written statement of the settlement forthwith. Accordingly,

IT IS ORDERED that this matter is DISMISSED with prejudice. This court retains jurisdiction, for not more than 30 days, for the sole purpose of enforcing the terms of the agreement.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: November 18, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 18, 2013, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522